MEMORANDUM OPINION

 

No. 04-10-00574-CR

 

Carlos GARCIA,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the 227th
Judicial District Court, Bexar County, Texas

Trial Court No. 2009CR10199

Honorable Philip A.
Kazen, Jr., Judge Presiding

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Karen
Angelini, Justice

                     Sandee
Bryan Marion, Justice

 

Delivered and
Filed:  September 15, 2010

 

DISMISSED

 

The trial court’s
certification in this appeal states that the case is a “plea-bargain case, and
the defendant has NO right of appeal.”  Rule 25.2(d) of the Texas Rules of
Appellate Procedure provides, “[t]he appeal must be dismissed if a
certification that shows the defendant has a right of appeal has not been made
part of the record under these rules.”  Tex.
R. App. P. 25.2(d). 

Appellant’s counsel has
filed written notice with this court that counsel has reviewed the record and
“can find no right of appeal for Appellant.”  We construe this notice as an
indication that appellant will not seek to file an amended trial court
certification showing that he has the right of appeal.  See Tex. R. App. P. 25.2(d); 37.1; see
also Daniels v. State, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no
pet.).  In light of the record presented, we agree with appellant’s counsel
that Rule 25.2(d) requires this court to dismiss this appeal.  Accordingly,
this appeal is dismissed.

PER
CURIAM

 

DO NOT PUBLISH